# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIANA CLARK | : |
|     Plaintiff, | : CIVIL ACTION |
| v. | : |
| ALLSTATE INSURANCE COMPANY | : NO. 13-0271 |
|     Defendant. | : |

## ORDER

**AND NOW**, this 7th day of *May*, 2013, upon consideration of **(1)** Defendant Allstate Insurance Company's Motion to Dismiss (Docket No. 8), Plaintiff Liana Clark's Response in Opposition (Docket No. 9), and Defendant's Reply Brief (Docket No. 10), it is hereby **ORDERED** that Defendant's Motion is **DENIED.**

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.